AO 245B (Rev. 09/08)  Sheet 1 - Judgment in a Criminal Case for Organizational Defendants

# United States District Court
## Southern District of Ohio at Columbus

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Alden Leeds, Inc.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>Case Number: **2:16-cr-106-1**<br><br>Federal Employer ID #: 221653651<br><br>David F. Axelrod, Esq.,<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): <u>1-3 of the Information</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The Court has accepted either a Rule 11(c)(1)(B) (sentencing recommendation) or a Rule 11(c)(1)(C) (sentence agreement) that departs from the applicable guideline range because the Court is satisfied that there are justifiable reasons for accepting the agreement that are set forth in Part IIIC of this form.

The defendant is adjudicated guilty of these offense(s):

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in the defendant's economic circumstances.

02/01/2017
Date of Imposition of Judgment

s/James L. Graham
Signature of Judicial Officer

**JAMES L. GRAHAM**, United States Senior District Judge
Name & Title of Judicial Officer

02/03/2017
Date

AO 245B (Rev. 09/08) Sheet 1A - Judgment in a Criminal Case for Organizational Defendants

CASE NUMBER: 2:16-cr-106-1
DEFENDANT ORGANIZATION: Alden Leeds, Inc.

Judgment - Page 2 of 5

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §371 | Conspiracy to Violate U.S. Customs and Importation Laws | 10/2011 | 1 |
| 18 U.S.C. §542 | Entry of Goods by Means of False Statements | 03/17/2010 | 2 |
| 18 U.S.C. §§1956(h) and (a)(1)(A)(i) | Conspiracy to Commit Money Laundering | 07/23/2010 | 3 |

AO 245B (Rev. 11/16)   Judgment in a Criminal Case
　　　　　　　　　　　Sheet 4—Probation

| | |
|---|---|
| DEFENDANT: | Alden Leeds, Inc. |
| CASE NUMBER: | 2:16-cr-106-1 |

Judgment—Page 3 of 5

## PROBATION

You are hereby sentenced to probation for a term of :
Three (3) Years.

*Defendant will donate 2.765 gallons of hospital grade disinfectant to the Ministry of Public Health and Population of Haiti, also known as "MSPP". (This has been done.)

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. X You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/08) Sheet 5 - Criminal Monetary Penalties for Organizational Defendants

CASE NUMBER: 2:16-cr-106-1
DEFENDANT ORGANIZATION: Alden Leeds, Inc.

Judgment - Page 4 of 5

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 1,200.00 | $ 250,000.00 | $ 2,250,000.00 |

[ ] The determination of restitution is deferred until _. An amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[✔] The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. Customs and Border Protection<br>Attn: Kristen Geroff<br>6650 Telecom Drive<br>Indianapolis, IN 46278<br>Reference: CO-2014-01002 | | | |

[✔] Restitution amount ordered pursuant to plea agreement  $ 2,250,000.00

[✔] The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g). Restitution payments, including simple interest of 3 percent, shall be paid in accordance with the attached payment schedule.

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the    [] fine    [] restitution.

    [ ] The interest requirement for the    [] fine    [] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/08) Sheet 6 - Criminal Monetary Penalties for Organizational Defendants

CASE NUMBER: 2:16-cr-106-1
DEFENDANT ORGANIZATION: Alden Leeds, Inc.

Judgment - Page 5 of 5

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A [✔] Lump sum payment of $2,501,200.00 due immediately, balance due

  [ ] not later than   or
  [✔] in accordance with   [✔] C,   [ ] D,   [ ] E, or   [ ] F below; or

B [ ] Payment to begin immediately (may be combined with   [ ] C   [ ] D, or   [ ] F below); or

C [✔] Payment in equal installments of $ over a period of , to commence days after the date of this judgment; according to attached schedule of payments.

D [ ] Payment in equal installments of $ over a period of , to commence days after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

  [ ] If the defendant, while incarcerated, is working in a non-UNICOR or grade 5 UNICOR job, the defendant shall pay $25.00 per quarter toward defendant's monetary obligation. If working in a grade 1-4 UNICOR job, defendant shall pay 50% of defendant's monthly pay toward defendant's monetary obligation. Any change in this schedule shall be made only by order of this Court.

  [ ] After the defendant is released from imprisonment, and within 30 days of the commencement of the term of supervised release, the probation officer shall recommend a revised payment schedule to the Court to satisfy any unpaid balance of the monetary penalty. The Court will enter an order establishing a schedule of payments.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several (Defendant and Co-Defendant names and Case Numbers, Total Amount, Joint and Several Amount and corresponding payee, if appropriate.):

[ ] The defendant shall pay the cost of prosecution.
[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) fine interest; (6) community restitution; (7) penalties; and (8) costs, including cost of prosecution and court costs.

## ATTACHMENT A

### ALDEN LEEDS, INC Restitution Payment Schedule

**Total Restitution Due:** $ 2,250,000.00
**Term:** 3 Years
**Rate:** 3% Simple

**Payment Begin Date:** March 1, 2017
**Restitution Due Date:** February 1, 2020

**Fine:** $ 250,000.00

| Date | Payment Amount | Principal | Interest | Total Accrued Interest | Outstanding Balance |
|---|---|---|---|---|---|
| | | | | | $2,250,000.00 |
| 3/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $1,875.00 | $2,187,500.00 |
| 4/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $3,750.00 | $2,125,000.00 |
| 5/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $5,625.00 | $2,062,500.00 |
| 6/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $7,500.00 | $2,000,000.00 |
| 7/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $9,375.00 | $1,937,500.00 |
| 8/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $11,250.00 | $1,875,000.00 |
| 9/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $13,125.00 | $1,812,500.00 |
| 10/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $15,000.00 | $1,750,000.00 |
| 11/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $16,875.00 | $1,687,500.00 |
| 12/1/2017 | $64,375.00 | $62,500.00 | $1,875.00 | $18,750.00 | $1,625,000.00 |
| 1/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $20,625.00 | $1,562,500.00 |
| 2/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $22,500.00 | $1,500,000.00 |
| 3/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $24,375.00 | $1,437,500.00 |
| 4/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $26,250.00 | $1,375,000.00 |
| 5/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $28,125.00 | $1,312,500.00 |
| 6/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $30,000.00 | $1,250,000.00 |
| 7/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $31,875.00 | $1,187,500.00 |
| 8/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $33,750.00 | $1,125,000.00 |
| 9/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $35,625.00 | $1,062,500.00 |
| 10/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $37,500.00 | $1,000,000.00 |
| 11/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $39,375.00 | $937,500.00 |
| 12/1/2018 | $64,375.00 | $62,500.00 | $1,875.00 | $41,250.00 | $875,000.00 |
| 1/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $43,125.00 | $812,500.00 |
| 2/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $45,000.00 | $750,000.00 |
| 3/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $46,875.00 | $687,500.00 |
| 4/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $48,750.00 | $625,000.00 |
| 5/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $50,625.00 | $562,500.00 |
| 6/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $52,500.00 | $500,000.00 |
| 7/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $54,375.00 | $437,500.00 |
| 8/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $56,250.00 | $375,000.00 |
| 9/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $58,125.00 | $312,500.00 |
| 10/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $60,000.00 | $250,000.00 |
| 11/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $61,875.00 | $187,500.00 |
| 12/1/2019 | $64,375.00 | $62,500.00 | $1,875.00 | $63,750.00 | $125,000.00 |
| 1/1/2020 | $64,375.00 | $62,500.00 | $1,875.00 | $65,625.00 | $62,500.00 |
| 2/1/2020 | $64,375.00 | $62,500.00 | $1,875.00 | $67,500.00 | $ - |

Prepared by: SA Della Blunk        Page 1 of 1        2/1/2017